------ LAW OFFICES ------
**DECOTIIS**
DeCotiis, FitzPatrick, Cole & Giblin, LLP

61 SOUTH PARAMUS ROAD, SUITE 250
PARAMUS, NEW JERSEY 07652

_____

TELEPHONE: (201) 928-1100
TELEFAX:     (201) 928-0588
WWW.DECOTIISLAW.COM

NEW JERSEY
NEW YORK

WILLIAM J. HAMILTON
WHAMILTON@DECOTIISLAW.COM
201.347.2133

September 13, 2024

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office
and Courthouse Building
2 Federal Square
Newark, New Jersey 07102

    Re:    **Passaic-Clifton Community Kollel Congregation v. City of Clifton and City of Clifton Zoning Board of Adjustment**
           **Civil Action No. 2:23-cv-21191**

Dear Judge Almonte:

    This office represents defendants City of Clifton and City of Clifton Zoning Board of Adjustment (collectively, "Defendants") in the above-referenced litigation. Please accept this joint letter on behalf of Defendants and plaintiff Passaic-Clifton Community Kollel Congregation ("Plaintiff") as an update to the Court on the parties' settlement efforts. We sincerely apologize for neglecting to file a letter updating the Court on the parties' settlement progress by September 6, 2024, as the Court previously ordered. (ECF 36).

    Since our last update (ECF 35), the parties have continued to mediate with former United States Magistrate Judge Douglas E. Arpert (ret.). With the consent of the parties, Judge Arpert proposed a settlement valuation to both sides, which is presently under consideration. Plaintiff also submitted certain non-economic terms that Defendants are in the process of revising. The parties appear to be in general agreement as to the scope and purpose of the non-economic terms.

    Counsel for Defendants will be presenting Judge Arpert's settlement proposal and the parties' tentative non-economic terms to the Mayor and Council at the City's September 17, 2024 meeting. The Mayor and Council will then vote on approval of same. Counsel for each side will thereafter inform Judge Arpert of their decisions, and, if both sides approve, negotiate any remaining settlement terms.

    The parties will of course continue to apprise the Court of any and all developments. We thank Your Honor for your consideration of the foregoing, and apologize again for the delay in providing this update.

#3956100

DECOTIIS
September 13, 2024
PAGE 2

Respectfully submitted,

**DECOTIIS, FITZPATRICK,
COLE & GIBLIN, LLP**

By: *s/William J. Hamilton*
William J. Hamilton

CC:  Sieglinde K. Rath, Esq.
Roman P. Storzer, Esq.